**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Kristine A. Jordan        **Case/AP Number** 09-17583 **-FJB**

**Chapter** 13

  #24 Objection of Chapter 13 Trustee to Confirmation of Debtor's Chapter 13 Plan (C. Bankowski)
  #27 Response of Debtor (J. King)

**COURT ACTION:**

_____Hearing held

_____Granted   _____ Approved   _____Moot

_____Denied   _____ Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Objection has been withdrawn.  The hearing scheduled for October 29, 2009 at 1:00 P.M. is hereby cancelled.

                    IT IS SO ORDERED:

                    /s/ Frank J. Bailey
                    _____Dated: 10/29/09
                    Frank J. Bailey
                    United States Bankruptcy Judge