# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

### Proceeding Memorandum/Order

**In Re:** Kristine A. Jordan

**Case/AP Number** 09-17583 **-FJB**

**Chapter** 13

Doc# 33 Motion filed by Debtor Kristine A. Jordan to Amend (Re:[32] Amended Document) 22C with certificate of service (King, Joseph)

**COURT ACTION:**

_____Hearing held

_____Granted    _____ Approved _____Moot

_____Denied    _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed. Granted.

IT IS SO ORDERED:

_____Dated: 11/13/09
Frank J. Bailey
United States Bankruptcy Judge